**ROGER D. WILSON SBN: 192207**
LAW OFFICE OF ROGER D. WILSON
2377 West Shaw Avenue, Suite 208
Fresno, California 93711
Telephone: (559) 233-4100
Facsimile: (559) 746-7200
Email: roger@wilson-law.com

f(SPACE BELOW FOR FILING STAMP ONLY)

Attorney for Defendant, MICHAEL ANGELO PALMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: **1:17-CR-00188 LJO-SKO** |
| Plaintiff, | |
| v. | **WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON** |
| MICHAEL ANGELO PALMA | |
| Defendant. | |

    Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant Michael Angelo Palma, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.

    Defendant agrees that his interests shall be represented at all times by the presence of his attorneys of record the same as if Defendant were personally present, and requests that this court allow his attorneys-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at same time and place.

    This request is made because it is very difficult for defendant to make the trip from Los Angeles to Fresno because of financial reasons.

///

Respectfully submitted,

Dated: September 29, 2017     By:     /s/ Michael Angelo Palma
**MICHAEL ANGELO PALMA**
Defendant
(Original Signature in File)

Dated: September 29, 2017     By:     /s/ *Roger D. Wilson*
**ROGER D. WILSON**
Attorney for Defendant
MICHAEL ANGELO PALMA

--o0o--

## **ORDER**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings consistent with Fed. R. Crim. P. 43(b)(3).

IT IS SO ORDERED.

Dated:  **September 29, 2017**          /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE